**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Coley Quinn | 25-61368 |
| DEFENDANT | TYPE OF PROCESS |
| Secretary of Health & Human Services; & HealthSun Health Plans of Florida, Inc. | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HealthSun Health Plans of Florida, Inc.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
11430 NW 20th Street, Ste 300, Miami FL 33172

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 04
District to Serve No.: 04
Signature of Authorized USMS Deputy or Clerk: ML
Date: 7/8/25

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
CT CORPORATION SYSTEMS
Date: 7/15/25   Time: 0935 ☐am ☐pm

Address *(complete only if different than shown above)*:
1200 S. PINE ISLAND ROAD STE 250
PLANTATION, FL 33324

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 0.00  42.56 | | 107.56 | | |

**REMARKS**

SERVED TO CT CORPORATION SYSTEMS (REGISTERED AGENT)

