UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-61368-STRAUSS

**COLEY QUINN,**

    Plaintiff,

v.

**SECRETARY OF HEALTH
AND HUMAN SERVICES,** *et al.***,**

    Defendants.
_____/

### ORDER SETTING VARIOUS DEADLINES AND
### PROVIDING DIRECTIONS TO CLERK

THIS MATTER came before the Court for a status conference on January 5, 2026.

On December 23, 2025, the Secretary of Health and Human Services (the "Secretary") filed a motion indicating that this action presents a claim under the Administrative Procedure Act ("APA"), challenging the Medicare Appeals Council's decision which upheld the denial of coverage for Plaintiff's out-of-network pain medication management services. [DE 20] at 1. At the January 5, 2026 status conference, Plaintiff confirmed that he is not pursuing any claims against the Secretary in this action aside from the APA claim.[1] However, Plaintiff indicated that he intends to continue pursuing additional claims that he has alleged in his Complaint against the other defendant, HealthSun Health Plans of Florida, Inc. ("HealthSun"). HealthSun appears to have been served in this action, [DE 8], but HealthSun has not appeared, filed an answer, or otherwise responded to the Complaint within the time required by law. Consequently, at the January 5, 2026

---

[1] Therefore, to the extent the Complaint alleges any other claims against the Secretary, the Court deems such claims to be abandoned.

status conference, Plaintiff made an Ore Tenus Motion to Direct the Clerk to Enter Default Against Defendant HealthSun, which the Court granted.  Based upon the foregoing, and for the reasons discussed at the January 5, 2026 status conference, it is **ORDERED and ADJUDGED** that:

1. Plaintiff's Ore Tenus Motion to Direct the Clerk to Enter Default Against Defendant HealthSun is **GRANTED**.

2. **<u>The Clerk is directed</u>** to enter a Clerk's Default against Defendant HealthSun Health Plans of Florida, Inc.

3. On or before **January 12, 2026**, counsel for the Secretary shall provide a paper or electronic copy of the administrative record to Plaintiff.

4. On or before **February 5, 2026**, the Secretary shall file a memorandum of law addressing whether Plaintiff's claims against HealthSun can proceed in this action or whether Plaintiff's claims against HealthSun need to be brought in a separate action.  Additionally, the Secretary's memorandum of law shall address the assertion made by counsel for the Secretary at the status conference that HealthSun may be an indispensable party to Plaintiff's APA claim against the Secretary.

5. On or before **February 27, 2026**, Plaintiff, Coley Quinn, shall file a motion for summary judgment as to Plaintiff's claim against the Secretary.  Plaintiff's motion for summary judgment shall set forth the reasons for relief and shall include citations to specific pages of the administrative record and to relevant legal authorities.

6. On or before **April 20, 2026**, the Secretary shall file a cross-motion for summary judgment (with an incorporated response to Plaintiff's motion for summary judgment).

7. On or before **May 20, 2026**, Plaintiff shall file a response to the Secretary's cross-motion for summary judgment.

8. On or before **June 3, 2026**, the Secretary may file a reply to Plaintiff's response.

9. The parties' filings shall be **double-spaced**, with **justified** alignment, using **Times New Roman 12-point** font. Plaintiff's motion for summary judgment and the Secretary's cross-motion for summary judgment shall not exceed 24 pages. The parties' other filings shall not exceed 12 pages.

10. **<u>The Clerk is directed</u>** to mail a copy of this Order to the following and to file a notice of compliance:

HealthSun Health Plans
c/o CT Corporation System
1200 S Pine Island Rd
Plantation, FL 33324

HealthSun Health Plans
11430 NW 20th Street
Miami, FL 33172

HealthSun Health Plans
Attn: Elena Newman
11430 NW 20th Street
Miami, FL 33172

HealthSun Health Plans
Attn: Carolyn Bruton
11430 NW 20th Street
Miami, FL 33172

HealthSun Health Plans
Attn: Kathleen Kiefer
11430 NW 20th Street
Miami, FL 33172

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of January 2026.

Jared M. Strauss
United States Magistrate Judge