UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COLEY QUINN

        PLAINTIFF(S)

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, et al.,

        DEFENDANT(S).

CASE NUMBER
0:25-cv-61368-JMS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

## Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**HealthSun Health Plans of Florida, Inc**

as of course, on the date January 6, 2026.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Guillermo A Quezada*
Deputy Clerk

cc:  Magistrate Judge Jared M. Strauss
    Coley Quinn
    4780 NW 24th Court, C109
    Lauderdale Lakes, FL 33313

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV–37 (10/01)