UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61368-CIV-JMS

**COLEY QUINN,**

    **Plaintiff,**

v.

**SECRETARY OF HEALTH and HUMAN SERVICES; and HEALTHSUN HEALTH PLANS of FLORIDA, Inc.,**
    **Defendants.**

_____/

## DEFENDANT HHS' NOTICE OF COMPLIANCE

Defendant, Secretary of Health and Human Services (HHS), by and through the undersigned Assistant United States Attorney, respectfully provides notice that it has complied with the Court's Order (DE 25) to provide Plaintiff Coley Quinn with a copy of the Administrative Record (AR) in this case. On January 8, 2026, due to continuing difficulties with accessing an electronic copy of the AR a paper copy of it was shipped via Federal Express to Plaintiff's record address. On January 12, 2026, Mr. Quinn provided an email confirmation to undersigned counsel that he had received the paper copy.

Wherefore, Defendant HHS respectfully provides notice that it is in compliance with the Court's Order.

                                                    Respectfully submitted,

                                                  JASON A. REDING QUIÑONES
                                                  UNITED STATES ATTORNEY

                                                  /s/ Steven R. Petri
                             By:    STEVEN R. PETRI
                                                  Assistant United States Attorney
                                                  Federal Bar No. A5500048

500 E. Broward Blvd., Suite 700  
Ft. Lauderdale, FL 33394  
Phone No. 954-660-5799  
Fax no. 954-356-7180  
Email: Steve.Petri@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Further, a copy of this pleading was provided to the pro se Plaintiff via U.S. Mail at listed address of 4780 NW 24th Court, C109 Lauderdale Lakes, FL 33313, and emailed to him at bizventure4u@gmail.com.

*/s/ Steven R. Petri*  
Assistant U.S. Attorney